IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
_____
THE CITY OF NASHUA,                      )
                                         )   Case No.
Plaintiff                                )
                                         )
v.                                       )
                                         )
TIMOTHY WANG, DAVID WANG, PAUL WANG,     )
JOHN WANG, MYRA CHANG, FLORENCE WANG,    )
JOSEPH WANG, MARIEL B. SHERBURNE, AND    )
THE UNITED STATES OF AMERICA,            )
                                         )
Defendants.                              )
_____ )
```

## BILL OF INTERPLEADER

NOW COMES the Plaintiff, City of Nashua (the "City"), by and through counsel, and files this Bill of Interpleader against the Defendants, Stephen W. Howe, the Administrator the Estate of Beatrice C. Wang, Timothy Wang, David Wang, Paul Wang, John Wang, Myra Chang, Florence Wang, Joseph Wang, and the United States of America (collectively the "Defendants") pursuant to New Hampshire RSA 80:88. In support thereof, the City states as follows:

### PARTIES

1. The Plaintiff, City of Nashua, is an incorporated municipality in the State of New Hampshire maintaining a business address at 229 Main Street, Nashua, NH 03060.

2. The Defendant, Timothy Wang, is the son of Beatrice Wang and resides at 4N804 Grandma's Lane, Saint Charles, IL 60174.

3. The Defendant, David Wang, is the son of Beatrice Wang with a last known address of 2351 Birdie Street, Oceanside, CA 92056.

4. The Defendant, Paul Wang, is the son of Beatrice Wang with a last known address of 297 Likas Bay Road, Kota Kinabalu, Sabah, East Malaysia.

5. The Defendant, John Wang, was the son of Beatrice Wang, and resided at 1 Eastbrook Drive, Nashua, NH 03060.

6. The Defendant, Myra Chang, is the daughter of Beatrice Wang, with a last known address of 330 Everett Avenue, #316, Palo Alto, CA 94301.

7. The Defendant, Florence Wang is the daughter of Beatrice Wang with a last known address of 29 Lingkongan Negeri Bembilian, Kuala Lumpur, Malaysia 50480.

8. The Defendant, Joseph Wang, is the son of Beatrice Wang with a last known address of 1-L Lorong Delima Sebelas, Penang 11700, Malaysia.

9. The Defendant, Mariel B. Sherburne, upon information and belief, resides at 11 Lawndale Road, Tyngsboro, MA 01879 and/or 236 Depot Road, Colchester, VT 05446, and receives mail at P.O. Box 71, Tyngsboro, MA 01879.

10. The Defendant, the United States of America, operates the Internal Revenue Service, which maintains a business address at 7940 Kentucky Drive, Stop 2850F, Florence, KY 41042.

## JURISDICTION AND VENUE

11. The United States District Court, District of New Hampshire has jurisdiction pursuant to 28 U.S.C. § 1335 and 28. U.S.C. § 2410.

12. Venue is proper in the United States District Court, District of New Hampshire pursuant to 28 U.S.C. § 1391.

## FACTS

13. On or about August 23, 1985 John W. Wang conveyed 1 Eastbrook Drive, Nashua, NH 03060 to Beatrice C. Wang, individually by deed, and recorded in the Hillsborough County Registry of Deeds in Book 3367, Page 0554.  See Affidavit of Patti Barry, attached as Exhibit A; Original Deed, attached as Exhibit B.

14. Beatrice C. Wang died on February 2, 1998 without a will, and had seven children.  See Agreement by Heirs, attached as Exhibit C; Beatrice C. Wang Death Certificate, attached as Exhibit D.

15. Stephen W. Howe was an attorney appointed by the Middlesex County Probate Court in Massachusetts to be the personal administrator of the Estate of Beatrice C. Wang.  See Howe Memo, attached as Exhibit E.

16. For whatever reason, 1 Eastbrook Drive, Nashua, NH 03060 was not a part of the Estate of Beatrice C. Wang.  Id.

17. Upon information and belief, Stephen B. Howe is now deceased.  See BBO Lookup, attached as Exhibit F.

18. Stephen B. Howe maintained a law firm called Dane & Howe, with a business address at 45 School Street, Boston, MA 92198.  See Court Envelope, attached as Exhibit G.

19. Upon information and belief, Dane & Howe is no longer in business.

20. Given that Stephen B. Howe is deceased and his law firm is no longer in business, the City has been unable to ascertain why 1 Eastbrook Drive, Nashua, NH 03060 was not a part of the Estate of Beatrice C. Wang.

21. Upon information and belief, John Wang died intestate on September 2018.  See John W. Wang Obituary, attached as Exhibit H.

22. Nobody paid the property taxes for 1 Eastbrook Drive, Nashua NH 03060 from 2017 through 2024.  Exhibit A, Repurchase Calculations, attached as Exhibit I.

23. On February 16, 2022 the City sent a Statement of Tax Delinquencies and/or Unredeemed Tax Liens to the Estate of Beatrice C. Wang.  See Exhibit A; 02/16/22 Letter, attached as Exhibit J.

24. On April 5, 2022, the City sent a Notice of Impending Tax Lien to the Estate of Beatrice C. Wang.  See Exhibit A; 04/05/22 Notice of Impending Tax Lien, attached as Exhibit K;

25. On May 18, 2022, a Tax Lien against 1 Eastbrook Drive, Nashua, NH 03060 was executed by the City.  See Exhibit A; Affidavit of Execution of Real Estate Tax Lien, attached as Exhibit L.

26. On July 12, 2022, the City sent a Real Estate Tax Lien Notice to the Internal Revenue Service because it had a lien on the property, which was recorded in the Hillsborough County Registry of Deeds in Book 8883, Page 1689. See Exhibit A; 07/12/22 Notice to IRS, attached as Exhibit M; Lien Search, attached as Exhibit N.

27. On July 12, 2022, the City sent a Real Estate Tax Lien Notice to the Mariel B. Sherburne because she had a lien on the property, which was recorded in the Hillsborough County Registry of Deeds in Book 3090, Page 0303. See Exhibit A; Lien Search, attached as Exhibit N; 07/12/22 Notice to Sherburne, attached as Exhibit O.

28. On March 26, 2023, the City published in the Nashua Telegraph a public notice, asking anyone with an interest in 1 Eastbrook Drive, Nashua, NH to contact Patti Barry, the Deputy Tax Collector for the City of Nashua.  See Exhibit A; Public Notice, attached as Exhibit P.

29. The City conducted a title search before the Impending Deed notice did not show any probate case in NH for Beatrice Wang.  See Exhibit A; Title Search, attached as Exhibit Q.

30. On September 13, 2024, the City sent a Notice of Impending Tax Deed due to the non-payment or property taxes from 2017 through 2024 to the IRS.  See Exhibit A; 09-13-24 Notice of Impending Tax Deed to IRS, attached as Exhibit R.

31. On September 13, 2024, the City sent a Notice of Impending Tax Deed due to the non-payment or property taxes from 2017 through 2024 to Mariel B. Sherburne.  See Exhibit A; 09-13-24 Notice of Impending Tax Deed to Sherburne, attached as Exhibit S

32. The Notices of Impending Tax Deed to the IRS and Mariel B. Sherburne were sent via Certified Mail, Return Receipt Requested.  See Exhibit A; Lienholder Return Receipts, attached as Exhibit T.

33. On September 17, 2024, the City sent a Notice of Impending Tax Deed due to the non-payment of property taxes from 2017 through 2024 to the Estate of Beatrice C. Wang.  See Exhibit A; 09/17/24 Notice of Impending Tax Deed, attached as Exhibit U.

34. The Notice of Impending Tax Deed to the Estate of Beatrice C. Wang were sent via Certified Mail, Return Receipt Requested.  See Exhibit A; Estate of Beatrice C. Wang Return Receipt, attached as Exhibit V.

35. On October 8, 2024, the City sent a Revised Notice to Lienholder of Impending Tax Deed to the Internal Revenue Service because it had a lien on the property, which was recorded in the Hillsborough County Registry of Deeds in Book 8883, Page 1689. See Exhibit A; 10/08/24 Revised Notice to of Impending Tax Deed to IRS, attached as Exhibit W.

36. On October 8, 2024, the City sent a Revised Notice to Lienholder of Impending Tax Deed to the Mariel B. Sherburne because she had a lien on the property, which was recorded in the Hillsborough County Registry of Deeds in Book 3090, Page 0303. See Exhibit A; 10/08/24 Revised Notice of Impending Tax Deed to Sherburne, attached as Exhibit X.

37. The Revised Notices of Impending Tax Deed to the IRS and Mariel B. Sherburne were sent via Certified Mail, Return Receipt Requested. See Exhibit A; Revised Lienholder Return Receipts, attached as Exhibit Y.

38. On October 8, 2024, the City sent a Revised Notice of Impending Tax Deed due to the non-payment of property taxes from 2017 through 2024 to the Estate of Beatrice C. Wang. See Exhibit A; 10/08/24 Revised Notice of Impending Tax Deed to Estate of Beatrice C. Wang, attached as Exhibit Z.

39. The Revised Notice of Impending Tax Deed to the Estate of Beatrice C. Wang was sent via Certified Mail, Return Receipt Requested. See Exhibit A; Estate of Beatrice C. Wang Return Receipt, attached as Exhibit AA.

40. On December 27, 2024, the City sent a Reminder Notice of Impending Tax Deed to the Estate of Beatrice C. Wang. See Exhibit A; 12/27/24 Reminder Notice to Estate of Beatrice C. Wang, attached as Exhibit BB.

41. The City recorded a Tax Deed at the Hillsborough County Registry of Deeds on January 12, 2025 in Book 9835, Page 1814. See Tax Deed, attached as Exhibit CC.

42. The right to repurchase was not exercised by the Defendants or any other person or entity. See Exhibit A.

43. 1 Eastbrook Drive, Nashua, NH 03060 was sold at auction on November 13, 2025 for $305,000.00.  See Exhibit A; Purchase Agreement, attached as Exhibit DD.

44. The closing occurred on December 8, 2025.  See Closing Checklist, attached as Exhibit EE; Deed from City to Bates, attached as Exhibit FF.

45. At the time of the tax deeding process, the City was not sure if Beatrice C. Wang had any living heirs, which is why the City placed a public notice in the Nashua Telegraph for Sunday, March 26, 2023.

46. It was not until after the closing occurred that the City learned about the possible existence of other heirs.  Id.

47. Upon information and belief, the Defendant, Timothy Wang, is the youngest of Beatrice C. Wang's children, and no obituary for him was able to be located.  Id.

48. The City mailed the Defendant, Timothy Wang, a letter informing him of this action, along with a courtesy copy of this Bill of Interpleader on or about January 30, 2026.  See Exhibit A; Exhibit GG.

49. It is the hope of the City that the Defendant, Timothy Wang, will be able to inform any living heirs, whether the reside in the United States or elsewhere, about this action so that they may participate if so desired.

50. At the time 1 Eastbrook Drive, Nashua, NH 03060 was sold, $105,294.11 in back taxes, costs, and fees, plus interest were owed to the City.  See Exhibit A; Spreadsheet, attached as Exhibit HH.

51. Pursuant to RSA 80:88, after the back taxes, costs, and fees in the amount of $105,294.11, plus the 10% penalty of $55,470.00, are paid to the City, the balance of

$144,235.89 must be returned to the former owner or owners, and all persons having a recorded interest in 1 Eastbrook Drive, Nashua, NH 03060. See Exhibit A; Exhibit HH.

### INTERPLEADER ACTION

52. The City does not contest that it is obligated to pay the Defendants any amounts left over from the auction of 1 Eastbrook Drive, Nashua, NH 03060 pursuant to RSA 80:88.

53. The Defendants are the only identifiable persons or entities having an interest in 1 Eastbrook Drive, Nashua, NH 03060, although how many of Beatrice C. Wang's children are still alive has been unable to be determined. See Exhibit G.

54. The Internal Revenue Service recorded a lien on 1 Eastbrook Drive, Nashua, NH 03060, which was recorded in the Hillsborough County Registry of Deeds in Book 8883, Page 1689. See Exhibit N; IRS Lien, attached as Exhibit II.

55. Mariel B. Sherburne recorded a lien on 1 Eastbrook Drive, Nashua, NH 03060, which was recorded in the Hillsborough County Registry of Deeds in Book 3090, Page 0303. See Exhibit N; Sherburne Mortgage, attached hereto as Exhibit JJ.

56. Based upon the liens recorded by the IRS and Mariel B. Sherburne, plus the interest accrued, it is likely that the sum of $144,570.64 as the amount over and above what is owed in back, taxes, costs, fees, and interest to the City, will be exhausted in satisfying those liens.

57. Nevertheless, subject to the Defendants meeting certain requirements deemed necessary by this Court, the City interpleads into the Registry of the Court the sum of $144,235.89 as the amount over and above what is owed in back, taxes, costs, fees, and interest to the City. Exhibit A; Exhibit HH.

WHEREFORE, the Plaintiff, the City of Nashua, requests that this Court:

A) Appoint a Guardian Ad Litem to represent the interests of any Defendants that are deceased, if necessary;

B) Issue an order quieting title to 1 Eastbrook Drive, Nashua, NH 03060 as to the City of Nashua;

C) Issue a judicial declaration that the Plaintiff, City of Nashua, was the full legal and beneficial owner of 1 Eastbrook Drive, Nashua, NH 03060 upon recording of the Tax Deed;

D) Disburse the interpled funds in accordance with applicable law;

E) Grant any further relief that is deemed just and proper.

Respectfully submitted,
City of Nashua, Respondent
By its Attorneys,

*/s/ Celia K. Leonard*
Celia K. Leonard, Esq. (NH Bar #14579)
Jonathan A. Barnes, Esq. (NH Bar #20061)
City of Nashua
Office of Corporation Counsel
229 Main Street, P.O. Box 2019
Nashua, NH 03061-2019
(603) 589-3250
leonardc@nashuanh.gov
barnesj@nashuanh.gov

Dated: February 6, 2026